IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CHARLES DUSTIN MYERS, | § § § | |
| Plaintiff, | § § | |
| v. | § | Civil Action No. 4:26-cv-00192-P |
| JAMES B. MUNFORD, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER AND NOTICE OF DEFICIENCY
(With Special Instructions to the clerk of Court)

On February 20, 2026, Plaintiff Charles Dustin Myers, proceeding *pro se*, filed a civil complaint and motion seeking to proceed *in forma pauperis* (IFP). After review, the following deficiencies appear:

( **X** )   Although Plaintiff filed a long-form IFP application, it is incomplete. Plaintiff does not specify whether he has a spouse and, if so, his spouse's income information. Nor does Plaintiff list his assets, if any, or the requested information about every person, business, or organization owing him or his spouse money. Plaintiff simply left these parts of the IFP application blank. Plaintiff must file an amended IFP application answering each question in the application to allow the Court to meaningful evaluate his ability to proceed IFP.

**The clerk of Court shall take the following action:**

( **X** )   A copy of this order shall be mailed to Plaintiff. No further process shall issue except upon order of the Court.

( **X** )   A long-form IFP application to proceed in this Court without prepaying fees or costs (labeled amended, with this case number) shall be mailed to Plaintiff along with a copy of this order.

It is therefore **ORDERED** that Plaintiff shall either pay the $405 filing and administrative fees or complete an amended IFP application curing the deficiencies noted above and return it to the clerk of Court **within 14 days from the date of this order**. **Failure to timely pay the applicable fees or submit a complete, amended long-form IFP application may result in dismissal of this case without further notice.** *See* FED. R. CIV. P. 41(b); *see also Link v. Wabash R. Co.*, 370 U.S. 626 (1962) (a court may dismiss for lack of prosecution under its inherent authority).

SIGNED February 25, 2026.

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE