UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**CHARLES DUSTIN MYERS,**

   Plaintiff,

v.                                                                          **No. 4:26-cv-0192-P**

**JAMES B. MUNFORD, ET AL.,**

   Defendants.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 14. Plaintiff filed Objections on June 5, 2026 (ECF No. 15) and the Magistrate Judge's Recommendation is ripe for review. Accordingly, the undersigned District Judge conducted a *de novo* review.

The undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's objections are **OVERRULLED**. Accordingly, this case is **DISMISSED with prejudice**. This is a **FINAL JUDGMENT** for purposes of appeal.

**SO ORDERED** on this **9th day of June 2026.**

**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE