IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHARLES DUSTIN MYERS, | Civil Action No. 4:26-cv-00192-P-BJ |
| Plaintiff-Appellant, | |
| v. | |
| JAMES B. MUNFORD, ET AL., | |
| Defendants-Appellees. | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Charles Dustin Myers appeals to the United States Court of Appeals for the Fifth Circuit from the Court's final judgment/order entered June 9, 2026, ECF No. 16, which accepted the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, overruled Plaintiff's objections, dismissed this case with prejudice, and stated that the order is a final judgment for purposes of appeal.

This appeal includes all adverse rulings and orders that merge into the final judgment, including the June 4, 2026 Findings, Conclusions, and Recommendation, ECF No. 14, and the June 9, 2026 final judgment/order, ECF No. 16.

Dated: June 10, 2026.

Respectfully submitted,

/s/ Charles Dustin Myers
Charles Dustin Myers
1209 Blairwood Drive
Flower Mound, Texas 75028
Telephone: 469-770-0671
Facsimile: None
Email: chuckdustin12@gmail.com

Plaintiff-Appellant Pro Se

**Certificate of Service**

I certify that on the date this document is filed, I submitted this document through the Court's CM/ECF system. This action was dismissed at pre-service screening, and no defendant has appeared.

/s/ Charles Dustin Myers
Charles Dustin Myers