IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| CHARLES DUSTIN MYERS,<br><br>Plaintiff-Appellant,<br><br>v.<br><br>JAMES B. MUNFORD, ET AL.,<br><br>Defendants-Appellees. | Civil Action No. 4:26-cv-00192-P-BJ |

**NOTICE OF PRIOR IN FORMA PAUPERIS STATUS UNDER FEDERAL RULE OF
APPELLATE PROCEDURE 24(a)(3)**

Plaintiff-Appellant Charles Dustin Myers gives notice that he was granted leave to proceed in forma pauperis in the district court. ECF No. 8.

Under Federal Rule of Appellate Procedure 24(a)(3), a party who was permitted to proceed in forma pauperis in the district-court action may proceed on appeal in forma pauperis without further authorization unless the district court certifies that the appeal is not taken in good faith, finds that the party is not otherwise entitled to proceed in forma pauperis, or a statute provides otherwise.

This notice is procedural. Plaintiff-Appellant separately files his Notice of Appeal from the June 9, 2026 final judgment/order. ECF No. 16.

Dated: June 10, 2026.

Respectfully submitted,

/s/ Charles Dustin Myers
Charles Dustin Myers
1209 Blairwood Drive

Flower Mound, Texas 75028
Telephone: 469-770-0671
Facsimile: None
Email: chuckdustin12@gmail.com
Plaintiff-Appellant Pro Se

**Certificate of Service**

I certify that on the date this document is filed, I submitted this document through the Court's CM/ECF system. Because this action was dismissed at pre-service screening, no defendant has appeared. I will comply with any additional service instruction from the Court.

/s/ Charles Dustin Myers
Charles Dustin Myers